# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| **BRAYAN DAVID MACHUCA-MEJIA,** | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| v. | § | |
| | § | |
| **MARY DE ANDA-YBARRA,** | § | |
| *in her official capacity as* Director, El Paso | § | |
| Field Office, U.S. Immigration and Customs | § | |
| Enforcement and Removal Operations; | § | |
| **JOHN DOE,** | § | |
| *in his official capacity as* Warden, El Paso | § | |
| Service Processing Center (El Paso Camp | § | |
| East Montana); | § | |
| **MARKWAYNE MULLIN,** | § | |
| *in his official capacity as* Secretary, U.S. | § | **EP-25-CV-00641-DCG** |
| Department of Homeland Security; | § | |
| **DAVID J. VENTURELLA,** | § | |
| *in his official capacity as* Senior Official | § | |
| Performing the Duties of the Director of U.S. | § | |
| Immigration and Customs Enforcement; | § | |
| **TODD BLANCHE,** | § | |
| *in his official capacity as* Acting U.S. | § | |
| Attorney General; | § | |
| **U.S. IMMIGRATION AND CUSTOMS** | § | |
| **ENFORCEMENT (ICE);** *and* | § | |
| **EXECUTIVE OFFICE FOR** | § | |
| **IMMIGRATION REVIEW,** | § | |
| | § | |
| *Respondents*. | § | |

## ORDER FOR STATUS UPDATE

On April 21, 2026, the Court vacated its order prohibiting Respondents from removing or

transferring Petitioner Brayan David Machuca-Mejia ("Petitioner") during the pendency of the

above-captioned case.[1] Lifting that prohibition, according to Respondents, would allow Petitioner to voluntarily depart the United States by June 12, 2026 (and thus avoid the consequences of being *ordered* removed).[2]

That deadline has since passed, but neither party has confirmed whether Petitioner voluntarily departed the country. To determine whether this case is now moot, the Court will order the parties to file updates on Petitioner's location and immigration status.

The Court therefore **ORDERS** Petitioner and Respondents to file status updates **no later than June 25, 2026**, addressing:

(1)     whether Petitioner voluntarily departed the United States by June 12, 2026;

(2)     whether Petitioner remains in the United States—and if so, whether he is either in removal proceedings or subject to a removal order; *and*

(3)     whether this case contains any live issues for the Court to consider.

The Court further **DIRECTS** the Clerk of Court to **SUBSTITUTE** David J. Venturella in place of Todd Lyons as a named Respondent.[3]

---

[1] *See* Order Granting Mot. Lift Stay, ECF No. 13, at 2; *see also* Order Show Cause, ECF No. 4, at 7 (". . . Respondents may not transfer Machuca-Mejia out of the El Paso Division of the Western District of Texas or remove him from the country during the pendency of this case or until the Court orders otherwise.").

[2] *See* Mot. Vacate Stay, ECF No. 12, at 1; Order Imm. J., ECF No. 12-1, at 3.

[3] *Compare* Pet. at 1, *with* FED. R. CIV. P. 25(d) ("An action does not abate when a public officer who is a party in an official capacity dies, resigns, or otherwise ceases to hold office while the action is pending.  The officer's successor is automatically substituted as a party.  Later proceedings should be in the substituted party's name . . . .  The court may order substitution at any time . . . .").

- 3 -

**So ORDERED and SIGNED this 17th day of June 2026.**

**DAVID C. GUADERRAMA**
**SENIOR U.S. DISTRICT JUDGE**