**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **BRAYAN DAVID MACHUCA-MEJIA,** | § | |
| | § | |
| *Petitioner*, | § | |
| **v.** | § | |
| | § | |
| **MARY DE ANDA-YBARRA,** | § | |
| *in her official capacity as* Director, El Paso | § | |
| Field Office, U.S. Immigration and Customs | § | |
| Enforcement and Removal Operations; | § | |
| **JOHN DOE,** | § | |
| *in his official capacity as* Warden, El Paso | § | |
| Service Processing Center (El Paso Camp | § | |
| East Montana); | § | |
| **MARKWAYNE MULLIN,** | § | |
| *in his official capacity as* Secretary, U.S. | § | **EP-25-CV-00641-DCG** |
| Department of Homeland Security; | § | |
| **DAVID J. VENTURELLA,** | § | |
| *in his official capacity as* Senior Official | § | |
| Performing the Duties of the Director of U.S. | § | |
| Immigration and Customs Enforcement; | § | |
| **TODD BLANCHE,** | § | |
| *in his official capacity as* Acting U.S. | § | |
| Attorney General; | § | |
| **U.S. IMMIGRATION AND CUSTOMS** | § | |
| **ENFORCEMENT (ICE);** *and* | § | |
| **EXECUTIVE OFFICE FOR** | § | |
| **IMMIGRATION REVIEW,** | § | |
| | § | |
| *Respondents*. | § | |

**ORDER DISMISSING CASE AS MOOT**

On June 17, 2026, the Court ordered the parties to "file status updates no later than June 25, 2026 addressing:"

(1)      "whether Petitioner voluntarily departed the United States;" and

(2)      if he had, whether any live issues remain in this case.[1]

Importantly, the Court ordered *both* Petitioner *and* Respondents to file those status updates.[2]

On June 25, 2026, Respondents timely filed a status report that:

(1)      notified the Court that Petitioner had indeed departed the United States voluntarily on May 5, 2026; and

(2)      registered Respondents' position that "there are no further matters left to be litigated" in this proceeding.[3]

Petitioner's attorneys didn't file a status report of their own, and their deadline to do so has expired.  The Court thus presumes that Petitioner agrees with Respondents that there's nothing further for the Court to do in this case.

Accordingly, the Court **DISMISSES** the above-captioned case **WITHOUT PREJUDICE** as **MOOT**.

The Court thereby **CLOSES** the case.

**So ORDERED and SIGNED this 30th day of June 2026.**

_____
**DAVID C. GUADERRAMA**
**SENIOR U.S. DISTRICT JUDGE**

---

[1] Order Status Update, ECF No. 14, at 2 (emphasis omitted).

All page citations in this Order refer to the page numbers assigned by the Court's CM/ECF system, rather than the cited document's internal pagination.

[2] *See id.* ("The Court . . . orders Petitioner *and* Respondents to file status updates . . . ." (first emphasis omitted; second emphasis added)).

[3] *See* Resp'ts' Status Report, ECF No. 15, at 1.